IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

C.L., MOTHER OF S.L., S.L., S.L.,
AND S.L., CHILDREN,

      Appellant,

 v.
                      Case No.  5D22-0903
                      LT Case No. 2019-DP-000103-SH

DEPARTMENT OF CHILDREN
AND FAMILIES,
      Appellee.

_____/

Decision filed October 13, 2022

Appeal from the Circuit Court
for Osceola County,
Laura Shaffer, Judge.

David Maldonado, J.D., of The Maldonado
Law Firm, P.A., Tampa, for Appellant.

Kelley Schaffer, of Children's Legal
Services, Department of Children and
Families, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals and Desiree Erin Fernandez,
Senior Attorney, of Statewide Guardian ad
Litem Office, Tallahassee, and Khairiya C.
Bryant, Orlando, for Guardian ad Litem
Program.

PER CURIAM.

    AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.